IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DEBRA BARKER,**

    **Plaintiff,**

**v.**

**VILLAGE OF CAHOKIA,
MAYOR FRANK BERGMAN,
JOANN MALONE, GLORIA MCCOY,
DENNIS PHILLIPS, and
CHIEF RICK WATSON,**

    **Defendants.**　　　　　　　　　　　　　　　　　Case No. 06-cv-830-DRH

### ORDER

**HERNDON, District Judge:**

    Defendants have filed a Motion to Stay Discovery Pending the Resolution of Defendants' Motion to Dismiss (Doc. 19), which Plaintiff has timely opposed (Doc. 20). Defendants have asserted absolute immunity as grounds for warranting dismissal of Plaintiff's Complaint, as the named Defendants are all officials of the Village of Cahokia, Illinois.

    Qualified immunity questions should be resolved as early as possible by the Court in order to shield public officials from the burdens of defendant a suit, including the pretrial discovery process. ***See Anderson v. Creighton*, 483 U.S. 635 (1987);** ***Siegert v. Gilley*, 500 U.S. 226, 232 (1991);** ***Mitchell v. Forsyth*, 472 U.S. 511, 526 (1985);** ***Harlow v. Fitzgerald*, 457 U.S. 800, 806 (1982).**

Therefore, the Court finds Defendants' Motion to Stay Discovery (Doc. 19) should be **GRANTED**. All discovery in this matter between Plaintiff and Defendants is hereby **STAYED** until such time as when the Court resolves the immunity issues raised by Defendants in their Motion to Dismiss, at which time the Court shall lift the stay.

**IT IS SO ORDERED**.

Signed this 19th day of June, 2007.

/s/        David   RHerndon<br>**United States District Judge**