IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DEBRA BARKER,

Plaintiff,

v.

VILLAGE OF CAHOKIA, *et al.*,

Defendants.                           No. 06-cv-830-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is a joint stipulation of the parties dismissing the case, with prejudice, with each party to bear its own costs (Doc. 57). Accordingly, pursuant to **Federal Rule of Civil Procedure 41(a)(1)(A)(ii)**, the case is **DISMISSED, WITH PREJUDICE**, as to all Defendants with each party to bear its costs.

**IT IS SO ORDERED.**

Signed this 7th day of August, 2009.

/s/      *DavidRHerndon*
**Chief Judge**
**United States District Court**