## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **DEBRA BARKER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **VS.** | ) | **NO. 06-CV-830-DRH** |
| | ) | |
| **VILLAGE OF CAHOKIA, MAYOR FRANK** | ) | |
| **BERGMAN, and CHIEF RICK WATSON,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Stipulation for Dismissal filed on August 6, 2009.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated August 7, 2009, this case is **DISMISSED** with prejudice. Each party shall bear its own costs--------------------------------------------------------------------------------------------------

**JUSTINE FLANAGAN, ACTING CLERK**


BY:_____/s/*Sandy Pannier*_____
                    **Deputy Clerk**

Dated: August 7, 2009.


APPROVED: /s/     *David R Herndon*_____
                CHIEF JUDGE
                U. S. DISTRICT COURT